ORIGINAL

# In the United States Court of Federal Claims

FILED
JUN 10 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * *

**BEACH HOUSE DEVELOPMENT CO.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-806C**
**Filed: June 10, 2004**

## ORDER

The above-captioned case is related to a case that is currently pending in this court before Judge Lettow. Therefore, in the interest of judicial economy, pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, the above-captioned case is, hereby, **TRANSFERRED** to the docket of Judge Lettow. Judge Lettow has consented to take the case. The court **DIRECTS** the clerk of the court to transfer the above-captioned case to the docket of Judge Lettow.

**IT IS SO ORDERED.**

**MARIAN BLANK HORN**
**JUDGE**