ORIGINAL

# In the United States Court of Federal Claims

FILED
JUN 1 0 2004
U.S. COURT OF FEDERAL CLAIMS

No. 04-806 C

**BEACH HOUSE DEVELOPMENT CO.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Charles F. Lettow**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk