IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-805-C
No. 04-806-C

(Filed: June 13, 2005)

STATESMAN II APARTMENTS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion For Leave To File Notice Of Supplemental Authority And Notice Of Supplemental Authority, filed on June 3, 2005. For good cause shown, it is hereby ORDERED that:

1. Defendant's motion is **GRANTED**.

2. Plaintiffs may file a supplemental response on or before June 24, 2005.

3. Defendant may file a supplemental reply on or before July 1, 2005.

s/ Charles F. Lettow
Charles F. Lettow
Judge